**Order entered September 8, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00478-CV

**ROCKWELL DEBT FREE PROPERTIES, INC. F/K/A INVESTMENT PROPERTY SOLUTIONS, INC., ET AL., Appellants**

**V.**

**ANNE D. KERN, ET AL., Appellees**

**On Appeal from the 471st Judicial District Court
Collin County, Texas
Trial Court Cause No. 471-04983-2019**

## ORDER

The Court has been informed, by notice filed September 3, 2020, that Rockwell Debt Free Properties, Inc. and its affiliated entities have filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated

on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.


/s/    KEN MOLBERG
JUSTICE